JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FORRISTEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FELICIA PONCE,<br><br>　　　　Respondent. | CASE NO. 2:18-cv-03550-AB (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction and this action dismissed without prejudice.

DATED: May 16, 2018

　　　　　　　　　　　　　　　　　　　　　　　　
HON. ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE